# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA BROWN-OSBORNE,
                    Appellant,
          vs.
MICHAEL JACKSON; NICOLE WILKS;
CARA M. LARY; DET. P. DEPALMA,
#5297; KAREN L. MISHLER; AND
BRIANNA K. LAMANNA,
                    Respondents.

No. 79471

FILED

FEB 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a final judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

On August 26, 2019, this court issued a notice directing appellant to, among other things, file and serve an opening brief or informal brief for pro se parties by December 24, 2019. When appellant failed to file a brief, this court issued an order on January 14, 2020, directing appellant to file a brief on or before January 21, 2020. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned.[1] To date, appellant has failed to file a brief or to otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

[1]A copy of this order is attached.

20-06482

cc: Hon. Adriana Escobar, District Judge
Linda Brown-Osborne
Cara M. Lary
Det. P. DePalma
Clark County District Attorney/Civil Division
Nicole Wilks
Campbell & Williams
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA BROWN-OSBORNE,
                Appellant,

vs.

MICHAEL JACKSON; NICOLE WILKS;
CARA M. LARY; DET. P. DEPALMA,
#5297; KAREN L. MISHLER; AND
BRIANNA K. LAMANNA,
                Respondents.

No. 79471

FILED

JAN 1 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER TO FILE DOCUMENT*

On August 26, 2019, this court issued a notice regarding deadlines. Pursuant to that notice, appellant's opening brief or informal brief was due to be filed by December 24, 2019. To date, appellant has failed to file a brief or to otherwise communicate with this court. Appellant shall have 7 days from the date of this order to either file an opening brief that complies with the requirements of NRAP 28(a) and NRAP 32, or the "Informal Brief Form for Pro Se Parties" provided by the clerk of this court. Failure to comply with this order may result in the dismissal of this appeal as abandoned. Respondents need not file a response to any brief filed by appellant unless ordered to do so by this court. NRAP 46A(c).

It is so ORDERED.

_____, C.J.

cc:    Linda Brown-Osborne
       Cara M. Lary
       Det. P. DePalma
       Clark County District Attorney/Civil Division
       Nicole Wilks
       Campbell & Williams